**Fill in this information to identify your case:**

Debtor 1   Alvin Armas
_____
First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number   19-12716
(If known)    _____

Official Form 427

# Cover Sheet for Reaffirmation Agreement

12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

## Part 1:   Explain the Repayment Terms of the Reaffirmation Agreement

| | | |
|---|---|---|
| 1. Who is the creditor? | Bridgecrest Credit Co. LLC | |
| | Name of the creditor | |
| 2. How much is the debt? | On the date that the bankruptcy case is filed  $ 6,749.24 | |
| | To be paid under the reaffirmation agreement  $ 6,749.24 | |
| | $ 364.26 per month for 19 months (if fixed interest rate) | |
| 3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).) | Before the bankruptcy case was filed ____ 11.90 % | |
| | Under the reaffirmation agreement ____ 11.90 % ☑ Fixed rate  ☐ Adjustable rate | |
| 4. Does collateral secure the debt? | ☐ No ☑ Yes. Describe the collateral. 2010 HONDA CIVIC | |
| | Current market value  $ 3,175.00 | |
| 5. Does the creditor assert that the debt is nondischargeable? | ☑ No ☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable. | |

6. Using information from **Schedule I: Your Income** (Official Form 106I) and **Schedule J: Your Expenses** (Official Form 106J), fill in the amounts.

Income and expenses reported on Schedules I and J

Income and expenses stated on the reaffirmation agreement

6a. Combined monthly income from line 12 of Schedule I   $ 3778.97

6e. Monthly income from all sources after payroll deductions   $ 3778.97

6b. Monthly expenses from line 22c of Schedule J   $ 3846.14

6f. Monthly expenses   – $ 3846.14

6c. Monthly payments on all reaffirmed debts not listed on Schedule J   – $ 0

6g. Monthly payments on all reaffirmed debts not included in monthly expenses   – $ ○

6d. Scheduled net monthly income   $ -[67.17]
Subtract lines 6b and 6c from 6a.
If the total is less than 0, put the number in brackets.

6h. Present net monthly income   $ -[67.17]
Subtract lines 6f and 6g from 6e.
If the total is less than 0, put the number in brackets.

Debtor 1    Alvin Armas
            First Name    Middle Name    Last Name

Case number (if known) 19-12716

7. Are the income amounts
   on lines 6a and 6e
   different?
   ☑ No
   ☐ Yes. Explain why they are different and complete line 10. _____

8. Are the expense
   amounts on lines 6b
   and 6f different?
   ☑ No
   ☐ Yes. Explain why they are different and complete line 10. _____

9. Is the net monthly
   income in line 6h less
   than 0?
   ☐ No
   ☑ Yes. A presumption of hardship arises (unless the creditor is a credit union).
          Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses.
          Complete line 10.

   *This a priority expense for Debtor which is included in Schedule J. The other expenses vary & the Debtor will budget to pay this expense.*

10. Debtor's certification
    about lines 7-9

    If any answer on lines 7-9 is
    Yes, the debtor must sign
    here.

    If all the answers on lines 7-9
    are No, go to line 11.

    I certify that each explanation on lines 7-9 is true and correct.

    x _____          x _____
    Signature of Debtor 1                Signature of Debtor 2 (Spouse Only in a Joint Case)

11. Did an attorney represent
    the debtor in negotiating
    the reaffirmation
    agreement?
    ☐ No
    ☑ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?
           ☐ No
           ☑ Yes

---

**Part 2:    Sign Here**

Whoever fills out this form
must sign here.

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the
parties identified on this *Cover Sheet for Reaffirmation Agreement.*

x _____          Date 6.12.19
Signature                               MM / DD / YYYY

Jeanette Ramirez
Printed Name

Check one:

☐ Debtor or Debtor's Attorney

☑ Creditor or Creditor's Attorney

---

Official Form 427              Cover Sheet for Reaffirmation Agreement              page 2